AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

**FILED**
U.S. District Court
District of Kansas
03/05/2026
**Clerk, U.S. District Court**
By:__MV__Deputy Clerk

In the Matter of the Search of                                )
*(Briefly describe the property to be searched*               )
*or identify the person by name and address)*                 )
A Samsung Galaxy S21 FE 5g cellular telephone and the extraction )   Case No.  26-M-__6061__-01-BGS
from that phone, seized from Ryan Andrew Brungardt, on or about )
January 29, 2024, and currently in the possession of the Newton )
Police Department, 120 E 7th ST, Newton, Kansas               )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
A Samsung Galaxy S21 FE 5g cellular telephone and the extraction from that phone, seized from Ryan Andrew Brungardt, on or about January 29, 2024, and currently in the possession of the Newton Police Department, 120 E 7th ST, Newton, Kansas

located in the _____ District of _____Kansas_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251A(a) and (b); | Production of child pornography; Transportation of child pornography; Distribution/Receipt of |
| 18 U.S.C. §§ 2252A(a)(1), (a)(2), (a)(3)(B) and (a)(5)(B) | child pornography; Distributes or solicits child pornography; Possession of child pornography |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kyle Applegarth, TFO, United States Secret Service
*Printed name and title*

Sworn to me and signed via Zoom.

Date:    3/5/2026

*Judge's signature*

City and state:  Wichita, Kansas

Honorable Brooks G. Severson, U.S. Magistrate Judge
*Printed name and title*